**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Oriska Corporation, individually and derivatively to Carrier-Defendant Oriska Insurance Company,<br>*Plaintiff*,<br><br>v.<br><br>SHOREFRONT OPERATING, LLC (SEAGATE),<br>*Employer-Defendant*,<br><br>Eli Feldman, Steven Topal, Ron Milch Shmuel Lefkowitz, Jacob Friedman, Fred Abrams,<br>*Owner-Defendants*, | Case No. 1:21-cv-01999-RPK-RLM |

The Philipson Family Trust, The Schlesinger Family Trust, Berkshire Group, Inc., Spencer Street Realty, Allstate ASO, Inc., Allstate Administrators, Inc. Sam Schlesinger, Michael Camilleri, Pitterman Family Trust, Wolf Eisenbach, National Financial Service, Israel Zeigelman, Financial Service, Michael Schweimmer, Grandview Brokerage, Inc. Isaac Muller. Broad Coverage Services, Inc., SentosaCare, LLC, Martin Schwartzman, Stella M. Vilardi, Raphael A. Weitzner, Benjamin Landa, Ira Lipsius, Lipsius-Benhaim Law, LLP, Whiteman Osterman & Hanna, LLP, Cullen and Dykman, LLP, John Doe and other persons not yet identified,
*Prohibited Transaction Defendants*,

Andrew Cuomo as the Governor of the State of New York, Linda A. Lacewell as Superintendent of Insurance of the State of New York Department of Financial Services, Martha Lees as General Counsel of the Department of Financial Services, Roberta Reardon as the Commissioner of the State of New York Department of Labor, Carolyn Robinson, Supervisor with the New York State Department of Labor, Dr. Merryl H. Tisch, Chairman of the State University of New York Board of Trustees, the State University of New York, Scott Dietrich and Peter Fountas of the Research Foundation of the State University of New York, Howard A. Zucker, M.D., as the Commissioner of the State of New York Department of Health,
*State Officer Defendants*,

Donna Hodge, Annette Hall, Karen Grant Williams Alexi Arias as the Class Representatives of a Class of Employees of Employer Defendants as the interests of the Class may appear,
*Class Defendant*,

Oriska Insurance Company as its interest may appear,
Carrier Defendant,

Rashbi Management, Inc., as its interest may appear,
*Trust Defendant*.

## NOTICE OF MOTION TO
## REMAND THIS ACTION TO STATE COURT

**PLEASE TAKE NOTICE** that, upon the Declaration of Christopher E. Buckey dated May 14, 2021 and the exhibits annexed thereto; and upon the accompanying memorandum of law; and upon all the pleadings and prior proceedings had herein, Defendant Shorefront Operating, LLC will move this Court, before the Honorable Rachel P. Kovner, at the United States District Court, 100 Federal Plaza, Courtroom 1030, Central Islip, New York 11722, for an order:

(a) Remanding this action to state court;

(b) Granting the Moving Defendants their costs and actual attorneys' fees incurred as a result of removal; and

(c) Granting as such other and further relief as the Court deems just and proper.

Dated: Albany, New York
        May 14, 2021

CULLEN AND DYKMAN LLP

By:    */s/ Christopher E. Buckey*
       Christopher E. Buckey, Esq.
       Nicholas J. Faso, Esq.
       Timothy A. Chorba, Esq.
       *Attorneys for Defendant Golden Gate*
       *Rehabilitation and Health Care Center LLC*
       80 State Street, Suite 900
       Albany, New York 12207
       (518) 788-9440
       cbuckey@cullenllp.com
       nfaso@cullenllp.com
       tchorba@cullenllp.com

2